3123, 3124.   SOUTHERN RAILWAY COMPANY *v.* FLYNT, and
vice versa.

RUSSELL, J.   1. The court did not err in allowing the amendment to
the petition.   *City of Columbus* v. *Anglin*, 120 *Ga.* 785 (48 S. E. 318).

2. A petition containing a single count, seeking to recover damages grow-
ing out of a transaction brought about by alleged negligence of the
defendant, may be amended by adding a count in which the same injury
is complained of, but in which the details of the transactions are varied.
From certain technical standpoints, each count sets forth a distinct
and separate cause of action, but the court will look beyond the ficti-
tious separateness and distinctness of the alleged causes of action,
where the interests of justice so require.

*Judgment on the main bill of exception° affirmed; on the cross-bill reversed.*
                 DECIDED SEPTEMBER 28, 1911.

Action for damages; from city court of Forsyth—Judge Clark.
December 29, 1910.

*Harris & Harris*, for Southern Railway Company.

*R. L. Berner, J. M. Fletcher*, contra.